IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERLAN LYNELL DICEY,

      Plaintiff,                    No. 2: 12-cv-1709 GEB JFM (PC)

      vs.

C. JOKSCH, et al.,

      Defendants.             <u>ORDER</u>

                              /

        On January 18, 2013, plaintiff's complaint was dismissed and he was given thirty days in which to file an amended complaint. In an order dated February 26, 2013, findings and recommendations were issued which recommended that this action be dismissed as plaintiff had yet to file an amended complaint. In a motion dated by plaintiff on February 14, 2013 and entered on the docket on February 27, 2013, plaintiff has requested a thirty-day extension of time in which to file an amended complaint. Good cause appearing, the motion for an extension of time will be granted and the February 26, 2013 findings and recommendations will be vacated.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations dated February 26, 2013 (Dkt. No. 15.) are VACATED; and

/////

1

       2. Plaintiff's motion for an extension of time to file an amended complaint is GRANTED. Plaintiff shall file an amended complaint within thirty (30) days of the date of this order.

DATED: March 4, 2013.

                                      /s/ Dale A. Drozd
                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

14
dice1709.eot