IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BERLAN LYNELL DICEY,** | No. 2:12-cv-01709 TLN-KJN P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO TAKE PLAINTIFF'S DEPOSITION BY VIDEO CONFERENCE** |
| v. | |
| **C. JOKSCH, et al.,** | |
| Defendants. | |

On January 28, 2014, defendants moved to take plaintiff's deposition by remote means. Defendants seek authorization to take plaintiff's deposition by video conference or, if counsel is unavailable, to take his deposition by phone. Defendants' request is partially granted. Defendants are permitted to take plaintiff's deposition by video conference. If counsel is unable to take the deposition by video conference, defendants shall seek further leave of court to take the deposition by telephone explaining why counsel is unable to take the deposition by video conference. The court reporter shall be located at the prison with plaintiff during the deposition.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion (ECF No. 34) is partially granted; and

////

////

2. Defendants may take plaintiff's deposition by video conference.

Dated: February 5, 2014

/dice1709.depo

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE