KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 445-4928
 Facsimile:  (916) 324-5205
 E-mail:  Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants Gordon and Joksch*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BERLAN LYNELL DICEY,**<br><br>            Plaintiff,<br><br>      v.<br><br>**C. JOKSCH, et al.**<br><br>            Defendants. | No. 2:12-cv-01709 TLN KJN P<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

   Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Berlan L. Dicey and Defendants Joksch and Gordon stipulate to the voluntary dismissal of this action with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Each party is to bear his own costs, fees, or expenses.  There is no prevailing party in this action.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  June 23, 2014 | Respectfully submitted, |
| | */s/ Berlan L. Dicey* |
| | Berlan L. Dicey<br>*Plaintiff Pro Se* |
| Dated:  June 18, 2014 | KAMALA D. HARRIS<br>Attorney General of California<br>CHRISTOPHER J. BECKER<br>Supervising Deputy Attorney General |
| | */s/ Diana Esquivel* |
| | DIANA ESQUIVEL<br>Deputy Attorney General<br>*Attorneys for Defendants*<br>*Joksch and Gordon* |

SA2013310504
11371094.doc

**ORDER**

Based on the parties' stipulation, this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: July 9, 2014

/dice1709.dsm

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order for Voluntary Dismissal with Prejudice (2:12-cv-1709 TLN-KJN)